PEOPLE v. CHERRY. (Supreme Court, Appellate Division, First Department. April

26, 1912.) Proceeding by the People of the State of New York against Louis Cherry. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. COCHRANE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Proceeding by the People of the State of New York against Robert Cochrane. No opinion. Judgment of conviction and orders affirmed.

PEOPLE, Respondent, v. COOK et al., Appellants. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Proceeding by the People of the State of New York against Edward R. Cook and another. M. H. Hochdorf, for appellants. L. Fabricant, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. DE PRETIS, Appellant. (Supreme Court, Appellate Division, First Department. April 19. 1912.) Proceeding by the People of the State of New York against James M. De Pretis. C. E. Le Barbier, for appellant. S. L. Richter, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE, Respondent, v. FUELLERT, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Proceeding by the People of the State of New York against Oscar C. Fuellert. H. Kahn, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed. Order filed.